UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID SLAUGHTER,                    No. CIV-S-03-0217 MCE/KJM

    Plaintiff,

  v.                                **RECUSAL ORDER**

SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, ET AL.,

    Defendants.
_____/

    It appearing to the undersigned, the District Judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.  The undersigned recuses himself as the District Judge to whom this case is assigned;

    2.  All currently scheduled dates in the above-captioned action are VACATED;

///
///
///

1

3. The Clerk of the Court reassign this case to another District Judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

4. That this case is reassigned to the Honorable David F. Levi. Henceforth the caption on all documents filed in the reassigned case shall be CIV-S-03-0217 DFL KJM P.

IT IS SO ORDERED.

DATED: July 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE