IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SLAUGHTER,

       Plaintiff,                    No. CIV S-03-0217 DFL KJM P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

       Defendants.          ORDER

/

        Plaintiff has filed several requests for discovery. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court based on the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 30, 2006 "motion for discovery;" April 5, 2006 "motion for discovery; " April 7, 2006 "request for admissions;" and April 10, 2006 "request for the production of documents" be placed in the court's file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as

/////

1

1 required by rule of court, may result in an order of sanctions, including, but not limited to, a
2 recommendation that this action be dismissed.
3 DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10  1/mp
    slau0217.411