IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SLAUGHTER,

    Plaintiff,                       No. CIV S-03-0217 DFL KJM P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.              ORDER

/

        On March 30, 2006 and May 5, 2006, plaintiff filed motions for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's requests for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that plaintiff's March 30, 2006 and May 5, 2006 motions for the appointment of counsel are denied.

DATED: June 5, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

1/mp
slau0217.31thr