IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SLAUGHTER,

        Plaintiff,                  No. CIV S-03-0217 DFL KJM P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

        Defendants.              ORDER

/

        On July 10, 2006, defendants filed a motion asking the court to modify the scheduling order in this matter. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 10, 2006 motion to modify the scheduling order is granted.

        2. The dates established in the court's March 16, 2006 scheduling order are vacated.

        3. The parties may conduct discovery until November 24, 2006. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

        4. All pretrial motions, except motions to compel discovery, shall be filed on or before January 26, 2007. Motions shall be briefed in accordance with paragraph 7 of this court's order filed December 7, 2004.

     5. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before May 25, 2007.  Defendants shall file their pretrial statement on or before June 8, 2007.  The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

     6. Pretrial conference (as described in Local Rule 16-282) is set in this case on June 8, 2007, before the magistrate judge.  The pretrial conference shall be conducted on the file only, without appearance by either party.

     7. This matter is set for jury trial before the Honorable David F. Levi on September 4, 2007, at 9:00 a.m. in Courtroom 7.

DATED: August 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1  
slau0217.41(a)